**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6140**

───────────

WILLIAM STEVEN GAY,

Petitioner - Appellant,

versus

JOHN B. TAYLOR, Warden,

Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-98-1267-AM)

───────────

Submitted: May 13, 1999              Decided: May 19, 1999

───────────

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

William Steven Gay, Appellant Pro Se. Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Steven Gay seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Gay v. Taylor</u>, No. CA-98-1267-AM (E.D. Va. Jan. 13, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>